# Order

**Michigan Supreme
Court
Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

March 17, 2015

150775(18)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICHARD CLARE PATHIC, JR.,
      Defendant-Appellant.
_____/

SC: 150775
COA: 323817
Isabella CC: 2013-002436-FC

      On order of the Chief Justice, the motion of defendant-appellant for leave to file a supplement brief is GRANTED. The supplement brief submitted on March 6, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2015

